543 U.S. 1147
 RODRIGUEZ-HAZBUN
v.
NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN ET AL.;
RODRIGUEZ-HAZBUN
v.
HAZBUN ESCAF;
RODRIGUEZ-HAZBUN
v.
NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN; and
RODRIGUEZ-HAZBUN
v.
KEITH, JUDGE, CIRCUIT COURT OF VIRGINIA, FAIRFAX COUNTY.
 No. 04-724.
 Supreme Court of United States.
 February 22, 2005.
 
 1
 Sup. Ct. Va. Certiorari denied.